UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                      )           BK No.:   16-32495
Barbara Westenfeldt                          )
                                                              )           Chapter:  13
                                                              )           Honorable Donald R. Cassling
                                                              )
                                                              )
                Debtor(s)                         )

**Order Scheduling Regarding Motion for Relief from Stay**

Response is due on or before January 20, 2017.

Reply is due on or before January 27, 2017.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  January 06, 2017